**EXHIBIT 1**

◼▪◻◨◼◼◧◢◙◥◧◱◢◀

From:                    InboxLGLIPG
Sent:                    Wednesday, May 12, 2021 11:00 PM
To:                      'ip@fb.com'
Subject:                 Notice of Copyright Infringement by Facebook Page: PODEROSOS PELA FÉ


Dear Sir/Madam:

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Name of Infringing Website:** PODEROSOS PELA FÉ

**Description of Work Being Infringed:** My company, organization or client's video and music (not from Facebook)

| | Title of Video | Link to Infringing Video on YouTube | Link to Lawful Display of Material on Watch Tower's Site |
|---|---|---|---|
| 1 | With Eyes of Faith | https://www.facebook.com/100058666446308/videos/195780135720867 | https://www.jw.org/en/library/music-songs/original-songs/with-eyes-of-faith/ |

The material(s) include copyright notice(s) indicating Watch Tower's ownership of the material(s).

We hereby request that you take all steps necessary to immediately remove the infringing materials from your website. Advise us in writing within ten (10) days of the date of this letter whether or not you will take the requested action.

I have a good faith belief that use of the materials in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I hereby state under penalty of perjury that this information is accurate, and that I am authorized to act on behalf of the owner of the infringed materials.

 Sincerely,

*Paul Polidoro*

Paul Polidoro
Associate General Counsel


**Intellectual Property Owner:** Watch Tower Bible and Tract Society of Pennsylvania
**Company:** Watch Tower Bible and Tract Society of Pennsylvania
**Address:** 200 Watchtower Drive
**City, State, and Zip:** Patterson, NY 12563
**Name and Title:** Paul Polidoro, Associate General Counsel
**Attorney Address:** 200 Watchtower Drive, Patterson, NY 12563

**Email Address**: InboxLGLCopyright@jw.org
**Telephone:** 845-306-1000